

40 Broad Street, 7th Floor
New York, NY 10004
Tel. (212) 943-9080
Fax (212) 943-9082

**Adrianna R. Grancio**
Associate
agrancio@vandallp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

February 11, 2021

<u>VIA ECF</u>

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. The DK Group, Inc., 19 CV 9202</u>

Dear Judge Lehrburger:

      This firm represents the Petitioners in the above captioned matter. We write jointly with counsel for Respondent, The DK Group, Inc. ("DKG"), to request an adjournment of the date for the parties to file motions for summary judgment, currently set for February 15, 2021. *See* Dkt. 33.

      The parties have reached an agreement-in-principle and are in the process of reviewing and finalizing documents memorializing the same. However, in an effort to preserve their rights, the parties respectfully request a brief adjournment of the date to file motions for summary judgment from February 15, 2021 to April 15, 2021. This will ensure that the parties have enough time to finalize settlement documents and in the unlikely event that settlement falls through, the parties will have enough time to prepare their respective motions for the Court. This is the parties' second request for an extension of the deadline to file motions for summary judgment; the first request was granted.

      We thank the Court for its time and attention to this matter.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Adrianna R. Grancio, Esq.
                                                           *Attorneys for Petitioners*



                                                       _____/s/_____
                                                       Neil Cartusciello, Esq.
                                                       *Attorneys for Respondents*

SO ORDERED:

2/11/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2